# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDEN ALEKSANDER CLINKSCALE,<br><br>Defendant. | CASE NO. 2:19 cr 205<br><br>JUDGE Judge Sargus<br><br>INFORMATION<br><br>18 U.S.C. §§ 922(n), 924(a)(1)(D) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
**Receiving a Firearm while Under Felony Indictment**

On or about August 24, 2018, in the Southern District of Ohio, the defendant, **BRANDEN ALEKSANDER CLINKSCALE**, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did receive a firearm, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

*/s/ Kelly A. Norris*
KELLY A. NORRIS (0081254)
Assistant United States Attorney